# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| AMY CLYMER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CAUSE NO. 1:15-cv-00300-JTM-SLC |
| | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendant. | ) |

## OPINION AND ORDER

Before the Court is Plaintiffs' Motion to Amend Complaint to Add Third Party Defendant (DE 13) filed on March 15, 2016, in which Plaintiffs seek leave to name Triscape, Inc., as an additional defendant. Defendant Wal-Mart Stores, Inc., has not filed a response to the motion, and its time to do so has now passed.

This case, however, was removed to this Court based on diversity jurisdiction under 28 U.S.C. § 1332 (DE 1), and Plaintiffs' motion does not specify the citizenship of Triscape, Inc.—that is, the state in which it is incorporated and the state in which its principal place of business is located. *See N. Trust Co. v. Bunge Corp.*, 899 F.2d 591, 594 (7th Cir. 1990) (Corporations "are deemed to be citizens of the state in which they are incorporated and the state in which they have their principal place of business."). "When joinder of a nondiverse party would destroy subject matter jurisdiction, 28 U.S.C. § 1447(e) applies and provides the district court with two options: (1) deny joinder, or (2) permit joinder and remand the action to state court." *Schur v. L.A. Weight Loss Ctrs., Inc.*, 577 F.3d 752, 758 (7th Cir. 2009) (citation omitted).

Therefore, Plaintiffs are ORDERED to file on or before April 18, 2016, a supplement that

identifies the citizenship of Triscape, Inc., for purposes of determining diversity jurisdiction.

Plaintiffs' Motion to Amend Complaint (DE 13) remains UNDER ADVISEMENT.

SO ORDERED.

Enter for the 4th day of April 2016.

/s/ Susan Collins
Susan Collins,
United States Magistrate Judge