UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| AMY CLYMER, *et al.*, | ) |
| | ) |
| Plaintiff**S**, | ) |
| | ) |
| v. | )   No. 1:15 CV 300 |
| | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendant. | ) |

## O R D E R

On March 15, 2016, plaintiffs filed a Motion to Amend Complaint to Add Party Defendant. (DE # 13.) In a supplement filed on April 13, 2016, plaintiffs indicated that the addition of defendant Triscape, Inc., if allowed, would destroy diversity jurisdiction (DE # 15.) Thus, plaintiffs have requested that this suit be remanded to Allen Superior Court. (*Id.*) Magistrate Judge Susan Collins has issued a report and recommendation that the motion to amend be granted and that the case be remanded for lack of subject-matter jurisdiction. (DE # 16.) In her report, Magistrate Judge Collins informed the parties that any objections to the report and recommended finding must be made within 14 days after being served with a copy of the report. (DE # 16 at 6.) That time has passed, and no objections have been filed.

Accordingly, the court **ACCEPTS and ADOPTS** Magistrate Judge Collins's report and recommendation (DE # 16) and **GRANTS** plaintiff's motion to amend the complaint to add defendant Triscape, Inc. (DE # 13.) Furthermore, because subject-

matter jurisdiction does not exist, this case is **REMANDED** to Allen Superior Court.

Plaintiff's Motion to Vacate Deadlines (DE # 18) is **DENIED as moot.**

                                    **SO ORDERED.**

Date: June 28, 2016

                                    s/ James T. Moody
                                    JUDGE JAMES T. MOODY
                                    UNITED STATES DISTRICT COURT